UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

RALPH E. WILLIAMS, JR.          )
                                )
v.                              )     NO. 1:05-CV-319
                                )     *Judge Mattice*
HAMILTON COUNTY JUVENILE COURT  )
OFFICIALS (EN BANC), et al.     )

## ORDER OF JUDGMENT

In accordance with the accompanying memorandum opinion, this *pro se* petition for a writ of mandamus is **DISMISSED** for lack of jurisdiction. The Court **CERTIFIES** that any appeal from this decision would not be taken in good faith and would be totally frivolous. 28 U.S.C. § 1915(a)(3).

    **SO ORDERED.**

    **ENTER**:

                                              *s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE